CHARLES DEBRAU AMAR, JR
LOLITA ANN AMAR
1521C NICHOLSON AVE
WAVELAND, MS 39576

HANCOCK EMERGENCY GROU
P.O. BOX 731584
DALLAS, TX 75373-1584

NORDSTROM SIGNATURE
ATTN: BANKRUPTCY
PO BOX 6555
ENGLEWOOD, CO 80155

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

HANCOCK MEDICAL CENTER
149 DRINKWATER RD
BAY SAINT LOU, MS 39520

OCHSNER HEALTH SYSTEM
P.O. BOX 61838
NEW ORLEANS, LA 70161-1838

ABILITY RECOVERY SVC
P.O. BOX 4031
WYOMING, PA 18644

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

AMEX
PO BOX 981535
EL PASO, TX 79998

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

SOUTHERN FINANCIAL SYS
P.O. BOX 15203
HATTIESBURG, MS 39404

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

JEFFERSON CAPITAL
ATTN: BANKRUPTCY
200 14TH AVE E
SARTEKK, MN 56377

SPRING OAKS CAPITAL
ATTN: BANKRUPTCY
P.O. BOX 1216
CHESAPEAKE, VA 23327

CITIBANK
PO BOX 790046
ST LOUIS, MO 63179

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE RD
STE 3000
SOUTHFIELD, MI 48034

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

TARGET
POB 9475
MINNEAPOLIS, MN 55440

DILLARDS
P.O. BOX 6500
SIOUX FALLS, SD 57117

MIDLAND CREDIT MGMT
ATTN: BANKRUPTCY
PO BOX 939069
SAN DIEGO, CA 92193

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 30943
SALT LAKE CITY, UT 84130

MOHELA
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005