United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51269-KMS
Charles Debrau Amar, Jr Chapter 7
Lolita Ann Amar
Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: admin Page 1 of 2
Date Rcvd: Nov 10, 2026 Form ID: 318 Total Noticed: 25

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | + | Charles Debrau Amar, Jr, Lolita Ann Amar, 1521C Nicholson Ave, Waveland, MS 39576-3370 |
| 5705736 | ++ | HANCOCK MEDICAL CENTER, 149 DRINKWATER BLVD, BAY ST LOUIS MS 39520-1658 address filed with court:, Hancock Medical Center, 149 Drinkwater Rd, Bay Saint Lou, MS 39520 |
| 5705735 | | Hancock Emergency Grou, P.O. Box 731584, Dallas, TX 75373-1584 |
| 5705744 | + | Nordstrom Signature, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| 5705728 | + | Email/Text: mnapoletano@ars-llc.biz | Nov 10 2026 19:23:00 | Ability Recovery Svc, P.O. Box 4031, Wyoming, PA 18644-0031 |
| 5705729 | + | Email/PDF: bncnotices@becket-lee.com | Nov 10 2026 19:35:23 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5705730 | + | EDI: CAPITALONE.COM | Nov 11 2026 00:19:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5705731 | + | EDI: CITICORP | Nov 11 2026 00:19:00 | Citibank, Po Box 790046, St Louis, MO 63179-0046 |
| 5705732 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 10 2026 19:22:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5705734 | | EDI: DISCOVER | Nov 11 2026 00:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5705733 | + | EDI: CITICORP | Nov 11 2026 00:19:00 | Dillards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 5705738 | + | Email/Text: ebone.woods@usdoj.gov | Nov 10 2026 19:23:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5705737 | | EDI: IRS.COM | Nov 11 2026 00:19:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5705739 | + | EDI: JEFFERSONCAP.COM | Nov 11 2026 00:19:00 | Jefferson Capital, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5705740 | + | Email/Text: melissa.martin@kfcu.org | Nov 10 2026 19:23:00 | Keesler FCU, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5705741 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2026 19:35:29 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5705743 | | Email/Text: EBN@Mohela.com | Nov 10 2026 19:22:00 | Mohela, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5705742 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 10 2026 19:23:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 939069, San Diego, CA 92193-9069 |
| 5705745 | | Email/Text: bankruptcy@ochsner.org | Nov 10 2026 19:23:00 | Ochsner Health System, P.O. Box 61838, New Orleans, LA 70161-1838 |
| 5705746 | | EDI: PRA.COM | Nov 11 2026 00:19:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5705748 | | Email/Text: bankruptcy@springoakscapital.com | Nov 10 2026 19:22:00 | Spring Oaks Capital, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 5705747 | + | Email/Text: angiec@mysfsinc.com | Nov 10 2026 19:23:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5705749 | + | EDI: SYNC | Nov 11 2026 00:19:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5705750 | + | EDI: WTRRNBANK.COM | Nov 11 2026 00:19:00 | Target, POB 9475, Minneapolis, MN 55440-9475 |
| 5705751 | ^ | MEBN | Nov 10 2026 19:19:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Lolita Ann Amar trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Thomas Carl Rollins, Jr | on behalf of Debtor Charles Debrau Amar Jr trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Charles Debrau Amar Jr**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–4904** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Lolita Ann Amar**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–4249** |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–51269–KMS**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Charles Debrau Amar Jr**
aka Charles D Amar Jr, aka Charles D Amar

**Lolita Ann Amar**

Dated: 11/10/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**